United States District Court
Western District of Wisconsin

Willie Simpson
    Petitioner - Appellant

DC. Case 18-cv-467
USCA _____

Gov. Tony Evers and DOC.
Secretary Kevin Carr
    Respondent - Appellee

Petitioner - Appellant Notice of Appeal

    Petitioner-Appellant pro se Willie Simpson gives notice that Appellant appeals the August 27, 2020 decision and order of Judge James D. Peterson U.S. District Court Western District of Wisconsin 120 North Henry Street Room 320 Madison WI. denying appellant 42 USC 1983 civil rights complaint, to the U.S. Court of Appeals for the 7th Cir. 219 South Dearborn Street, Rm. 2722 Chicago Ill. 60604, the 1,000 thousand dollar sanction on my filings ordered by the 7th Cir. case Willie Simpson V Scott Eckstein 16-3436, 16-3630, 17-1467 (march 30, 2017) has been paid and there is no bar to my filings.

Signed this 31 day of Aug 2020

Willie Simpson 331230
Green Bay Corr Inst
P.O. Box 19033
Green Bay WI. 54307